UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-                                  Case No. 3:17-CR-102

GLENDA M. CRAWFORD,

          Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 14), ACCEPTING THE PLEAS OF GUILTY, AND REFERRING THE CASE TO THE U.S. PROBATION DEPARTMENT FOR A PRESENTENCE INVESTIGATION AND REPORT**

---

This matter came on for a hearing on March 1, 2018, for a plea hearing. The matter was heard before United States Magistrate Judge Sharon L. Ovington. Having conducted a full plea colloquy with the defendant, the Magistrate Judge concluded that the Defendant's pleas of guilty to Count 1 and Count 3 of the Indictment was knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilt.

The Court, noting that no objections have been filed thereto, and that the time for filing such objections expired on April 3, 2018, hereby ADOPTS said Report and Recommendations.

Therefore, based upon the aforesaid, and this Courts de novo review of the comprehensive findings by the United States Magistrate Judge this Court adopts the Report and Recommendations of the United States Magistrate Judge (doc. 14) in its entirety, finding that the plea was knowing, intelligent and voluntary. The Defendant is FOUND guilty of the offense for which she pled. This matter is ORDERED referred to the Unites States Probation Department for a presentence investigation and report. Sentencing is scheduled for June 15, 2018 at 1:30 p.m.

**DONE** and **ORDERED** in Dayton, Ohio, this 4th day of April, 2018.

                                                  THOMAS M. ROSE, JUDGE
                                                  UNITED STATES DISTRICT COURT